No. 69157.—Langfelder, Homma & Carroll, Inc., and F. B. Vandegrift & Co., Inc., et al. *v.* United States, protests 62/9902, etc. (Philadelphia).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of boxes of paper or papier mache, covered with lithographed paper, but not covered or lined with vegetable fiber material, the claim of the plaintiffs was sustained.

No. 69158.—Uni Importing Corp. et al. *v.* United States, protests 63/8086, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of cotton pistol belts similar in all material respects to those the subject of Abstract 64074, the claim of the plaintiffs was sustained.

No. 69159.—J. C. Penney Purchasing Corporation *v.* United States, protests 62/607, 63/172, and 63/14500 (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiff ·was sustained.